```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 38699
   WILLIAM J HENDEE
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-9421
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/20/05 and confirmed on 11/18/05.

2. The case was dismissed after confirmation, 10/05/2007.

3. The Debtor paid a total of $ 34426.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE BANK | UNSECURED | 13579.72 | .00 | 9070.19 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE CLIENT SRV | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE RECEIVABLES | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 9203.65 | .00 | 6285.51 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2530.94 | .00 | 1673.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4384.68 | .00 | 2927.24 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 824.99 | .00 | 552.55 |
| RISK MANAGEMENT ALTERNAT | UNSECURED | NOT FILED | .00 | .00 |
| RUSH BEHAVIORAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1766.22 | .00 | 1171.30 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 827.86 | .00 | 548.48 |
| AFNI/VERIZON | UNSECURED | 329.71 | .00 | 189.65 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5910.04 | .00 | 3958.22 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 643.21 | .00 | 422.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9157.81 | .00 | 4014.49 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 49158.83 | .00 | 49158.83 |
| PRINCIPAL PAID | .00 | .00 | 30812.64 | .00 | 30812.64 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 30812.64 | .00 | 30812.64 |

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $  2950.00 and was paid $   750.00  direct and $   2200.00  through the plan.

The Trustee received $   1413.36 .

Refunds to the Debtor totaled $ .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/10/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE